Robert B. Sykes (3180)
C. Peter Sorensen (16728)
Christina D. Isom (17244)
SYKES MCALLISTER LAW OFFICES, PLLC
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
bob@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
christina@sykesmcallisterlaw.com

*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| GARRIK SMITH and SHANEY JOHNSTON,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER O'DOHERTY, JOSEPH WILSON, JARED NIELSON, TJ SCOTT, JOSH DAVIS, DOE OFFICERS 1-10, AND OGDEN CITY,<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:22CV109 JNP CMR<br><br>Judge Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs dismiss their claims against Defendants with prejudice.  Each party shall bear its own costs and attorneys' fees.

DATED this 6th day of December, 2022.

                                        SYKES MCALLISTER

                                        */s/ C. Peter Sorensen*
                                        Robert B. Sykes
                                        C. Peter Sorensen
                                        Christina D. Isom
                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2022, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of the Court using the CM/ECF System:

Robert B. Sykes (3180)
C. Peter Sorensen (16728)
Christina D. Isom (17244)
SYKES MCALLISTER LAW OFFICES, PLLC
311 S. State Street, Suite 240
Salt Lake City, Utah 84111
bob@sykesmcallisterlaw.com
pete@sykesmcallisterlaw.com
christina@sykesmcallisterlaw.com

*Attorneys for Plaintiff*

/s/ C. Peter Sorensen